```
                                          IT IS HEREBY ADJUDGED
                                          and DECREED this is SO
                                          ORDERED.
```
**The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.**

**Dated: April 28, 2011**



# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROADSUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-22536

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Elaina Maria Martinez<br>      Debtor.<br>_____<br>Wells Fargo Bank N.A. successor by merger to Wells Fargo Home Mortgage, Inc.<br><br>      Movant,<br>  vs.<br><br>Elaina Maria Martinez, Debtor; Edward J. Maney, Trustee.<br><br>      Respondents. | No. 2:10-bk-20982-RJH<br><br>Chapter 13<br><br>EXPARTE ORDER TERMINATING THE AUTOMATIC STAY FOR FAILURE TO CURE PURSUANT TO THE TERMS OF THE ADEQUATE PROTECTION ORDER |

    Pursuant to the Order entered on February 17, 2011, attached hereto as Exhibit "A", and by this reference incorporated herein, the above-referenced Debtor was obligated to make specified payments which they have failed to make.

    The Debtor has failed to comply thereby necessitating a written Notice of Default. Attached hereto as Exhibit "B" is a copy of the Notice of Default.

Based on the failure to cure the contractual agreement of the parties, the prior court order and good cause appearing:

IT IS HEREBY ORDERED that the Automatic Stay is the above-entitle Bankruptcy case is immediately extinguished for all purposes as to Secured Creditor, Wells Fargo Bank N.A. successor by merger to Wells Fargo Home Mortgage, Inc. and Wells Fargo Bank N.A. successor by merger to Wells Fargo Home Mortgage, Inc. may exercise whatever state law or contractual rights it may have regarding the property generallydescribed as: 4910 East Fairfield Street Mesa AZ 85205 ("Property" herein) and legally described as:

> LOT 138, NORTH POINTE IV, ACCORDING TO BOOK 279 OF MAPS, PAGE 19, RECORDS OF MARICOPA COUNTY, ARIZONA

IT IS FURTHER ORDERED that all conditions of the adequate protection order regarding conversions are binding and are hereby affirmed in this Order as well.

EXHIBIT "A"

**TIFFANY & BOSCO**
P.A.

2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192
Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-22536

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: February 17, 2011**



_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge
_____

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Elaina Maria Martinez<br>      Debtor.<br>_____<br>Wells Fargo Bank N.A. successor by merger to Wells Fargo Home Mortgage, Inc.<br><br>      Movant,<br>  vs.<br><br>Elaina Maria Martinez, Debtor; Edward J. Maney, Trustee.<br><br>      Respondents. | No. 2:10-bk-20982-RJH<br><br>Chapter 13<br><br>(Related to Docket #29)<br><br>**ORDER REGARDING<br>MOTION FOR RELIEF** |

    IT IS HEREBY ORDERED by and between the parties herein, through counsel undersigned, that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a), are hereby vacated with respect to the real property which is the subject of the Deed of Trust recorded in the records of the MARICOPA County, Arizona Recorder's Office, wherein Elaina Maria

1

Martinez, is designated as trustor and Wells Fargo Bank N.A. successor by merger to Wells Fargo Home Mortgage, Inc. is the current beneficiary, which Deed of Trust encumbers the following described real property:

> LOT 138, NORTH POINTE IV, ACCORDING TO BOOK 279 OF MAPS, PAGE 19, RECORDS OF MARICOPA COUNTY, ARIZONA

IT IS FURTHER ORDERED that the Debtor will cure the post-petition arrearages currently due as follows:

| | |
|---|---:|
| 3 Monthly Payments at $1,161.45 | $3,484.35 |
| (November 1, 2010 - January 1, 2011) | |
| 3 Late Charges at $46.46 | $139.38 |
| (November 16, 2010 - January 16, 2011) | |
| Motion for Relief Filing Fee | $150.00 |
| Attorney's Fees | $800.00 |
| Suspense Amount | ($1.59) |
| Total | $4,572.14 |

1. The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $762.03 shall be in addition to the regular monthly payment and shall be due on or before the 15th day of the month commencing with the February 15, 2011 payment and continuing throughout and concluding on or before June 15, 2011. The sixth final payment in the amount of $761.99 shall be paid on or before July 15, 2011.

2. In addition to the payment listed in Paragraph 1, the Debtor, will make the regular post-petition payment due for , which shall be made when due, and all subsequent payments shall be made when due.

IT IS FURTHER ORDERED that Wells Fargo Bank N.A. successor by merger to Wells Fargo Home Mortgage, Inc. as the current beneficiary under the above described Deed of Trust agrees not to conduct a Trustee's Sale or judicial "foreclosure" on its Deed of Trust, so long as the

terms of this Stipulation are complied with. In the event of default in making any payments described herein Secured Creditor is permitted, in its discretion, to conduct a Trustee's Sale, judicial foreclosure, or take whatever other actions necessary to protect their interest in the above legally described property upon giving written notice of such default to debtor, Debtor's Counsel and Trustee and Debtor's failure to cure such default within fifteen (15) days of the date of such notice. In the event said default is not cured within said fifteen (15) day period, all arrearages, both pre-petition and post-petition shall become immediately due and payable in full and pre-petition arrearages shall not continue to be payable under the terms of the Plan.

IT IS FURTHER ORDERED that if a default notice becomes necessary, Debtor will be charged $150.00 for fees and costs associated with handling the curing of the default, to be paid together with the defaulted payment and late charge. Debtor shall tender the default payment, late charge and the additional $150.00 fee for attorney's fees and costs, as set forth above, in the form of a <u>cashier's check or money order</u>, made payable to Movant. If the defaulted payments are not received by Movant, together with the late charge and the $150.00 default fee, within fifteen days after the default notice was sent, all arrearages, both pre-petition and post-petition shall become immediately due and payable in full and pre-petition arrearages shall not continue to be payable under the terms of the plan.

IT IS FURTHER ORDERED that if Debtor Bankruptcy Case No. 2:10-bk-20982-RJH is dismissed, either voluntary or involuntary, for any reason, this Stipulation will become null and void and Wells Fargo Bank N.A. successor by merger to Wells Fargo Home Mortgage, Inc., and after such dismissal, may, in its discretion, conduct a Trustee's Sale or judicial "foreclosure" on its Deed of

Trust or take whatever other actions necessary to protect their interest in the above legally described property.

IT IS FURTHER ORDERED that in the event of conversion by the Debtor to any other bankruptcy chapter, the repayment portion of this Order shall become null and void, except that the portion of this Order vacating the automatic stay under U.S. Bankruptcy Code Section 362 (a) shall remain in full force and effect.

IT IS FURTHER ORDERED that any hearings scheduled in the matter are vacated.

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-22536

EXHIBIT "B"

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Elaina Maria Martinez,<br>　　　Debtor.<br>_____<br>Wells Fargo Bank N.A. successor by merger to Wells Fargo Home Mortgage, Inc.<br><br>　　　Movant,<br>　vs.<br><br>Elaina Maria Martinez, Debtor; Edward J. Maney, Trustee.<br><br>　　　Respondents. | No. 2:10-bk-20982-RJH<br><br>Chapter 13<br><br>NOTICE OF DEFAULT<br><br>RE:  Real Property Located at<br>4910 East Fairfield Street<br>Mesa, AZ 85205 |

Wells Fargo Bank N.A. successor by merger to Wells Fargo Home Mortgage, Inc. secured creditor, (hereinafter referred to as "Secured Creditor"), by its attorneys TIFFANY & BOSCO, P.A., hereby files this Notice of Default in the above-captioned case, and avers as follows:

　　　1.　　An Order was entered on February 17, 2011 which provides for the lifting of the stay imposed by Section 362(a) of the U.S. Bankruptcy Code with respect to that certain Deed of Trust

recorded in the records of the MARICOPA County, Arizona Recorder's Office, which encumbers the following real property:

> LOT 138, NORTH POINTE IV, ACCORDING TO BOOK 279 OF MAPS, PAGE 19, RECORDS OF MARICOPA COUNTY, ARIZONA

A Copy of said Order is attached hereto as Exhibit "A".

2. As of the date of this Notice of Default, the Debtor has not made the payments as required by the aforementioned Order. The Debtor is presently past due as follows:

| | |
|---|---:|
| 2 Monthly Payments at $1,236.75 | $2,473.50 |
| (March 1, 2011 - April 1, 2011) | |
| 1 Late Charge(s) at $49.47 | $49.47 |
| (March 16, 2011) | |
| 1 Stipulation Payment at $762.03 | $762.03 |
| (March 15, 2011) | |
| Attorneys' Fees | $150.00 |
| Suspense Amount | ($9.52) |
| Total | $3,425.48 |

**PARTIAL TENDERS WILL NOT BE ACCEPTED**

3. Notice is hereby given to the Bankruptcy Court, Debtor, counsel for Debtor, and Trustee, that unless Debtor's default under the terms of the Stipulation and Order is cured not later than fifteen (15) days from date of this Notice, that Movant will proceed, pursuant to the Court's Order lifting the stay, to conduct a Trustee's Sale or mortgage foreclosure, in its discretion, with respect to the above-described Deed of Trust.

DATED this 4th day of April, 2011.

                            TIFFANY & BOSCO, P.A.

                            By  /s/ LJM # 014228
                                 Leonard J. McDonald
                                 2525 East Camelback Road
                                 Suite 300
                                 Phoenix, Arizona 850165
                                 Attorneys for Movant

*If the Debtor cures the default prior to the date of expiration this amount may be different.